LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Rd., Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
E-Mail: lleone@leonealberts.com; cleed@leonealberts.com
          sgordon@leonealberts.com

Attorneys for Defendants
CITY OF PITTSBURG and DILLON TINDALL

JOHN L. BURRIS, ESQ. (SBN: 69888)
BENJAMIN NISENBAUM, ESQ. (SBN: 222173)
JAMES COOK, ESQ. (SBN: 300212)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com; bnisenbaum@hotmail.com
          james.cook@johnburrislaw.com

Attorneys for Plaintiff
EARL DAVIS

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DAVIS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF PITTSBURG, a municipal corporation; DILLON TINDALL, individually and in his official capacity as a police officer for CITY OF PITTSBURG; and DOES 1-50, | **Case No.: 3:21-cv-03820-CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

1

STIPULATION & [PROPOSED] ORDER DISMISSING                     Case No.: 3:21-cv-03820-CRB
ENTIRE CASE WITH PREJUDICE

inclusive, individual, jointly and severally,

        Defendants.

The parties, by and through their undersigned counsel of record, hereby stipulate and jointly request an Order from the Court dismissing this entire case with prejudice. Each party agrees to bear its own fees and costs as to this dismissal. This agreement was put on the record of plaintiff's deposition on April 25, 2022. Plaintiff expressly stated on advice of his counsel, that he voluntarily authorized the request to dismiss the entire case with prejudice in return for a mutual waiver of fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: April 25, 2022         **LEONE ALBERTS & DUUS**

        By: /s/ *Claudia Leed*
            CLAUDIA LEED, ESQ.
            Attorneys for Defendants
            CITY OF PITTSBURG and DILLON TINDALL

Dated: April 25, 2022         **LAW OFFICES OF JOHN L. BURRIS**

        By: /s/*James Cook*
            JAMES COOK, ESQ.
            Attorneys for Plaintiff EARL DAVIS

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire case with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED.

DATED: __April 26, 2022__         _____
                              HON. CHARLES R. BREYER
                              DISTRICT COURT JUDGE